JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| VERNON CASTLE BROWN, JR., | ) | Case No. CV 17-1512-CAS(AJW) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| DAVID BAUGHMAN, | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: March 8, 2017

_Christine A. Snyder_
_____
Christina A. Snyder
United States District Judge